**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIQIN ZHAO,<br><br>    Plaintiff<br><br>v.<br><br>MARTIN JAY MCDANIEL and WALMART INC.,<br><br>    Defendants | Case No.: 2:24-cv-00658-APG-EJY<br><br>**Order (1) to Show Cause Why This Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction and (2) Striking Certificate of Interested Parties** |

    Defendants Martin McDaniel and Walmart Inc. removed this case from state court based on diversity jurisdiction. ECF No. 1.  Although the defendants refer to the plaintiff having $2 million in medical damages, they present no evidence to support that assertion.  Consequently, I order the defendants to show cause why this action should not be remanded to state court for failure to establish the amount in controversy requirement.

    Additionally, I strike the defendants' certificate of interested parties (ECF No. 4) for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the defendants' citizenship as required by the amendment to that rule.

    I THEREFORE ORDER that by April 26, 2024, the defendants shall show cause, in writing, why this action should not be remanded for lack of subject matter jurisdiction.  Failure to respond to this order by that date will result in remand.

    I FURTHER ORDER that the defendants' certificate of interested parties (ECF No. 4) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).

/ / / /

/ / / /

I FURTHER ORDER the defendants to file a proper certificate of interested parties by April 26, 2024.

DATED this 5th day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE