UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIQIN ZHAO, | Case No.: 2:24-cv-00658-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| MARTIN JAY MCDANIEL and WALMART, INC., | |
| Defendants | |

In light of the defendants' response to the order to show cause (ECF No. 10),

I ORDER that the order to show cause (ECF No. 6) is satisfied and I will not remand this action at this time.  However, the defendants remain responsible for establishing that subject matter jurisdiction exists before final judgment is entered in this case.

DATED this 20th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE