BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIQIN ZHAO, an Individual, | CASE NO.: 2:24-cv-00658-APG-EJY |
| Plaintiff, | |
| vs. | **Stipulation and Proposed Order Regarding Liability as it Relates to Defendant, Martin Jay McDaniel, Only** |
| MARTIN JAY MCDANIEL, an individual; WALMART INC., a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff, Liqin Zhao, and Defendants, Martin Jay McDaniel and Walmart Inc, stipulate as follows:

**1)** That Mr. McDaniel is 100% percent at fault for the subject accident for failure to maintain control of his tractor-trailer resulting in a collision with plaintiff's automobile.

**2)** That Ms. Zhao Is zero percent liable for the accident.

**3)** That as a result of this stipulation, the following affirmative defenses will be withdrawn:

…

…

…

      **A)** Contributory Negligence;

      **B)** Third party responsibility;

      **C)** Unavoidable accident;

      **D)** Sudden emergency.

**4)** That as a result of this stipulation, the following claims from the complaint will be withdrawn:

      **A)** Paragraphs 11-23;

      **B)** The Second Claim for Relief for negligent hiring, training and supervision.

**5)** That the intent of this stipulation is to allow the case to proceed as to causation and damages only.

…

…

…

…

2

**6)** That neither side will call Mr. McDaniel to testify at trial.

Dated this 13th day of August, 2025

**RYAN ALEXANDER, CHTD**

By:_____
Ryan Alexander, Esq.
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Tel: (702) 868-3311 / Fax: (702) 822-1133
Ryan@RyanAlexander.us

Attorneys for Plaintiff

-and-

Pengxiang Tian, Esq.
**PT LAW**
2820 S Jones Blvd Unit 1
Las Vegas, Nevada 89146
Tel: 702.763.5557  / Fax: 702.956.8023
Calvin@ptlawlv.com

Attorneys for Plaintiff

Dated this 13th day of August, 2025

**THORNDAL ARMSTRONG, PC**

By:  _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101

Attorney for Defendants

**ORDER**

**IT IS SO ORDERED.**

_____
United States District Judge

DATED:__9/30/2025_____

3