BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIQIN ZHAO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN JAY MCDANIEL, an individual; WALMART INC., a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00658-APG-EJY<br><br>**Stipulation and Order to Extend Discovery Plan and Scheduling Order**<br><br>**(Fourth Request)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case for **forty-five (45)** days from the current deadline of March 17, 2026, up to and including **May 1, 2026**. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

1.    On February 28, 2024, Plaintiff filed her Complaint in the Eighth Judicial District Court of Nevada.

…

2.      On March 5, 2024, Walmart Inc was served with a copy of the Summons and Complaint;

3.      On March 26, 2024, Mr. McDaniel was served with a copy of the Summons and Complaint;

4.      On April 4, 2024, Defendants removed this action to the United States District Court, District of Nevada.

5.      On April 5, 2024, Defendants served their Certificate of Interested Parties, pursuant to the Court's April 4, 2024, Minute Order.

6.      On April 5, 2025, the Court issued an Order to Show Cause regarding jurisdiction.

7.      On April 12, 2024, Defendants served their Amended Certificate of Interested Parties.

8.      On April 19, 2024, Defendants served their Statement Regarding Removal, pursuant to the Court's April 4, 2024, Minute Order.

9.      On April 19, 2024, Defendants served their Amended Petition for Removal to the United States District Court, District of Nevada.

10.     On April 26, 2024, Defendants filed their response to the Order to Show Cause.

11.     On May 6, 2024, the parties submitted their Joint Status Report.

12.     On May 6, 2024, Plaintiff served her Notice of Association of Ryan Alexander as counsel.

13.     On May 20, 2024, the Court issued an Order stating the Order to Show Cause was Satisfied.

14.     On May 24, 2024, the parties held their FRCP 26(f) conference.

15.     On June 5, 2024, Defendant Mr. McDaniel's filed his Answer and Jury Demand.

16.     On June 5, 2024, Defendant Walmart Inc filed its Answer and Jury Demand.

17.    On June 25, 2024, Defendants served their first set of Request for Production upon plaintiff.

18.    On June 25, 2024, Defendants served their first set of Interrogatories upon plaintiff.

19.    On June 27, 2024, Plaintiff served her initial Rule 26(f) Disclosures.

20.    On June 27, 2024, Defendants served their Initial Rule 26(f) Disclosures.

21.    On June 28, 2024, the parties submitted their joint proposed discovery plan and scheduling order.

22.    On July 1, 2024, the Court granted the parties discovery plan and scheduling order.

23.    On August 8, 2024, Defendants served their first supplemental Rule 26(f) Disclosures.

24.    On August 20, 2024, Plaintiff served her responses to defendants' first set of Request for Production.

25.    On August 20, 2024, Plaintiff served her answers to defendants' first set of Interrogatories.

26.    On November 6, 2024, Defendants served their second supplemental Rule 26(f) Disclosures.

27.    In January 2025, the parties reached a stipulation that Mr. McDaniel is 100% responsible for the accident and plaintiff is zero percent responsible.    The parties are working on a stipulation for submission to the court.  That stipulation will be filed on or before February 14, 2025.

28.    On February 21, 2025, Defendants served their third supplemental Rule 26(f) Disclosures.

29.    On March 19, 2025, Defendants served their fourth supplemental Rule 26(f) Disclosures.

30.    On April 14, 2025, Defendants served their fifth supplemental Rule 26(f) Disclosures.

31.    On April 28, 2025, Defendants served their sixth supplemental Rule 26(f) Disclosures.

32.    On April 28, 2025, Plaintiff served her initial Rule 26(a)(2) Expert Disclosure.

33.    On May 5, 2025, Plaintiff served her first supplemental Rule 26(a)(2) Expert Disclosure.

34.    On May 27, 2025, Plaintiff served her rebuttal expert witness Disclosures.

**35.    On August 1, 2025, Plaintiff served her second supplemental Rule 26(f) Disclosures.**

**36.    On August 14, 2025, Defendants served their seventh supplemental Rule 26(f) Disclosures.**

**37.    On August 29, 2025, Defendants served their eighth supplemental Rule 26(f) Disclosures.**

**38.    On September 30, 2025, Plaintiff served her first supplemental Rebuttal Expert Disclosure.**

**39.    On October 6, 2025, Defendants served their nineth supplemental Rule 26(f) Disclosures.**

**40.    On October 21, 2025, Defendants served their tenth supplemental Rule 26(f) Disclosures.**

**41.    On October 31, 2025, Plaintiff's deposition was taken.**

**42.    On November 20, 2025, Defendants served their eleventh supplemental Rule 26(f) Disclosures.**

**43.    On January 8, 2026, Plaintiff served her third supplemental Rule 26(f) Disclosures.**

**44.    On January 16, 2026, the parties participated in mediation with Advance Resolution Management, which did not result in a resolution of this matter.**

### Discovery Remaining

1.    Deposition of Defendant;

2.    Deposition of 30(B)(6) Witness;

3.    Deposition of percipient witnesses;

4.    Deposition of plaintiff's treating physicians;

5.    Deposition of plaintiff's expert witnesses;

6.    Deposition of defendants' expert witnesses; and

7.    Additional written discovery.

### Why Remaining Discovery Has Not Been Completed

1.    This request for an extension of time is sought for the following reasons, neither of which are merely for delay or any other improper purpose:

2.    The parties have been working together and diligently pursuing discovery in preparation for their respective cases, but the parties need additional time to complete nonexpert and expert discovery and depositions in this case.

3.    **That on January 16, 2026, the parties participated in mediation with Advance Resolution Management, in an attempt to resolve this matter. Despite the parties best efforts, this matter remains unresolved. The parties therefore agree that additional time is necessary to complete Plaintiff's expert witness depositions.**

…

…

…

4.    Accordingly, the parties herein request a 45-day extension of all discovery deadlines, and respectfully submit good cause exists for the same.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Amend Pleadings/Parties | April 28, 2025 | **Closed** |
| Initial Expert Disclosure | April 28, 2025 | **Closed** |
| Rebuttal Expert Disclosure | May 26, 2025 | **July 10, 2026** |
| Discovery Cut-Off | March 17, 2026 | **May 1, 2026** |
| Final Date for Dispositive Motions | April 16, 2026 | **June 1, 2026** |
| Joint Proposed Pre-Trial Order | May 18, 2026, or 30 days after resolution of dispositive motions | **July 2, 2026**, or 30 days after resolution of dispositive motions |

…

…

…

…

The parties respectfully request that this Court extend the discovery period by **forty-five (45)** days from the current deadline of March 17, 2026, up to and including **May 1, 2026**, and the other dates as outlined in accordance with the table above.

Dated this 18th day of February, 2026.

**RYAN ALEXANDER, CHTD**

/s/ *Ryan Alexander*

By:_____
Ryan Alexander, Esq.
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Tel: (702) 868-3311 / Fax: (702) 822-1133

-and-

Pengxiang Tian, Esq.
**PT LAW**
2820 S Jones Blvd Unit 1
Las Vegas, Nevada 89146
Calvin@ptlawlv.com

Attorneys for Plaintiff

Dated this 18th day of February, 2026.

**THORNDAL ARMSTRONG, PC**

By:   _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101

Attorney for Defendants

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_February 18, 2026_____

7