BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LIQIN ZHAO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN JAY MCDANIEL, an individual;<br>WALMART INC., a Foreign Corporation;<br>DOES I through X; and ROE<br>CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00658-~~APG~~-EJY   **JAD**<br><br>**Stipulation to Extend Pre-Trial Scheduling Order and ~~Proposed~~ Order**<br><br>**(Fifth Request)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the **Pre-Trial Order** deadline in the above-captioned case for **sixty (60)** days from the current pre-trial deadline of July 2, 2026, up to and including **August 31, 2026**. In addition, the parties request that the current Scheduling Order [Doc 34] be extended pursuant to Local Rule.  In support of this Stipulation and Request, the parties state as follows:

1.    On February 28, 2024, Plaintiff filed her Complaint in the Eighth Judicial District Court of Nevada.

…

2. On March 5, 2024, Walmart Inc was served with a copy of the Summons and Complaint;

3. On March 26, 2024, Mr. McDaniel was served with a copy of the Summons and Complaint;

4. On April 4, 2024, Defendants removed this action to the United States District Court, District of Nevada.

5. On April 5, 2024, Defendants served their Certificate of Interested Parties, pursuant to the Court's April 4, 2024, Minute Order.

6. On April 5, 2025, the Court issued an Order to Show Cause regarding jurisdiction.

7. On April 12, 2024, Defendants served their Amended Certificate of Interested Parties.

8. On April 19, 2024, Defendants served their Statement Regarding Removal, pursuant to the Court's April 4, 2024, Minute Order.

9. On April 19, 2024, Defendants served their Amended Petition for Removal to the United States District Court, District of Nevada.

10. On April 26, 2024, Defendants filed their response to the Order to Show Cause.

11. On May 6, 2024, the parties submitted their Joint Status Report.

12. On May 6, 2024, Plaintiff served her Notice of Association of Ryan Alexander as counsel.

13. On May 20, 2024, the Court issued an Order stating the Order to Show Cause was Satisfied.

14. On May 24, 2024, the parties held their FRCP 26(f) conference.

15. On June 5, 2024, Defendant Mr. McDaniel's filed his Answer and Jury Demand.

16. On June 5, 2024, Defendant Walmart Inc filed its Answer and Jury Demand.

17.    On June 25, 2024, Defendants served their first set of Request for Production upon plaintiff.

18.    On June 25, 2024, Defendants served their first set of Interrogatories upon plaintiff.

19.    On June 27, 2024, Plaintiff served her initial Rule 26(f) Disclosures.

20.    On June 27, 2024, Defendants served their Initial Rule 26(f) Disclosures.

21.    On June 28, 2024, the parties submitted their joint proposed discovery plan and scheduling order.

22.    On July 1, 2024, the Court granted the parties discovery plan and scheduling order.

23.    On August 8, 2024, Defendants served their first supplemental Rule 26(f) Disclosures.

24.    On August 20, 2024, Plaintiff served her responses to defendants' first set of Request for Production.

25.    On August 20, 2024, Plaintiff served her answers to defendants' first set of Interrogatories.

26.    On November 6, 2024, Defendants served their second supplemental Rule 26(f) Disclosures.

27.    In January 2025, the parties reached a stipulation that Mr. McDaniel is 100% responsible for the accident and plaintiff is zero percent responsible.    The parties are working on a stipulation for submission to the court.  That stipulation will be filed on or before February 14, 2025.

28.    On February 21, 2025, Defendants served their third supplemental Rule 26(f) Disclosures.

29.    On March 19, 2025, Defendants served their fourth supplemental Rule 26(f) Disclosures.

30.    On April 14, 2025, Defendants served their fifth supplemental Rule 26(f) Disclosures.

31.    On April 28, 2025, Defendants served their sixth supplemental Rule 26(f) Disclosures.

32.    On April 28, 2025, Plaintiff served her initial Rule 26(a)(2) Expert Disclosure.

33.    On May 5, 2025, Plaintiff served her first supplemental Rule 26(a)(2) Expert Disclosure.

34.    On May 27, 2025, Plaintiff served her rebuttal expert witness Disclosures.

35.    On August 1, 2025, Plaintiff served her second supplemental Rule 26(f) Disclosures.

36.    On August 14, 2025, Defendants served their seventh supplemental Rule 26(f) Disclosures.

37.    On August 29, 2025, Defendants served their eighth supplemental Rule 26(f) Disclosures.

38.    On September 30, 2025, Plaintiff served her first supplemental Rebuttal Expert Disclosure.

39.    On October 6, 2025, Defendants served their nineth supplemental Rule 26(f) Disclosures.

40.    On October 21, 2025, Defendants served their tenth supplemental Rule 26(f) Disclosures.

41.    On October 31, 2025, Plaintiff's deposition was taken.

42.    On November 20, 2025, Defendants served their eleventh supplemental Rule 26(f) Disclosures.

43.    On January 8, 2026, Plaintiff served her third supplemental Rule 26(f) Disclosures.

44.    On January 16, 2026, the parties participated in mediation with Advance Resolution Management, which did not result in a resolution of this matter.

**45.    On April 17, 2026, Defendants served their twelfth supplemental Rule 26(f) Disclosures.**

**46.    On April 17, 2026, Defendants served their thirteenth supplemental Rule 26(f) Disclosures.**

**47.    On April 17, 2026, Defendants took the deposition of plaintiff's expert witness, Kevin R. Sharif, MD.**

**48.    On April 20, 2026, Defendants served their fourteenth supplemental Rule 26(f) Disclosures.**

**49.    On April 22, 2026, Defendants served their fifteenth supplemental Rule 26(f) Disclosures.**

**50.    On April 22, 2026, Defendants served their sixteenth supplemental Rule 26(f) Disclosures.**

**51.    On April 23 2026, Plaintiff took the deposition of defense expert witness, Lars Reinhart.**

**52.    On April 23, 2026, Defendants served their seventeenth supplemental Rule 26(f) Disclosures.**

**53.    On April 24, 2026, Plaintiff took the deposition defense expert witness, Daniel Cousin, MD.**

**54.    On April 27, 2026, Plaintiff took the deposition of defense expert witness, Maric Zoran MD.**

**55.    On April 29, 2026, Defendants took the deposition of plaintiff's expert witness, George Cluck, MD.**

**56.    On May 8, 2026, Defendants took the deposition of plaintiff's treating physician, Michael Elkanich.**

**57.    On June 17, 2026, Plaintiff served her fourth supplemental Rule 26(f) Disclosures.**

### Discovery Remaining

Not Applicable.

### Why Remaining Discovery Has Not Been Completed

1.    This request for an extension of time is sought for the following reasons, neither of which are merely for delay or any other improper purpose:

2.    The parties have been working together and diligently pursuing discovery in preparation for their respective cases, but the parties need additional time to complete nonexpert and expert discovery and depositions in this case.

**3.    The parties have agreed to participated in a second mediation before retried judge Togliatti with Advanced Management Resolution.  Mediation is currently set for August 21, 2026. Therefore, the parties respectfully request the joint Pre-Trial Order deadline be extended for 60-days or 10-days following the mediation, to allow for continued settlement discussions.**

4.    Accordingly, the parties herein request a **60-day** extension of all discovery deadlines, and respectfully submit good cause exists for the same.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off | **Closed** | **Closed** |
| Final Date for Dispositive Motions | **Closed** | **Closed** |
| Joint Proposed Pre-Trial Order | July 2, 2026, or 30 days after resolution of dispositive motions | **August 31, 2026**, or 30 days after resolution of dispositive motions |

…

The parties respectfully request that this Court extend the discovery period by **sixty (60)** days from the current deadline of July 2, 2026, up to and including **August 31, 2026**, and the other dates as outlined in accordance with the table above.

Dated this 29th day of June, 2026.

**RYAN ALEXANDER, CHTD**

  /s/  *Ryan Alexander*

By:_____
Ryan Alexander, Esq.
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Tel: (702) 868-3311 / Fax: (702) 822-1133

-and-

Pengxiang Tian, Esq.
**PT LAW**
2820 S Jones Blvd Unit 1
Las Vegas, Nevada 89146
Calvin@ptlawlv.com

Attorneys for Plaintiff

Dated this 29th day of June, 2026.

**THORNDAL ARMSTRONG, PC**

By:   _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101

Attorney for Defendants

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   June 29, 2026_____