BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LIQIN ZHAO, an Individual,

Plaintiff,

vs.

MARTIN JAY MCDANIEL, an individual; WALMART INC., a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Defendants.

CASE NO.: 2:24-cv-00658-JAD-EJY

**Stipulation to Dismiss with Prejudice and Order**

**IT IS HEREBY STIPULATED AND AGREED**; by and between Plaintiff Liqin Zhao and Defendants Martin Jay McDaniel and Walmart Inc., by and through their undersigned counsel of

…

…

…

…

record to dismiss the above-entitled action, with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 18th day of September, 2026.

**PT LAW**

/s/ *Pengxiang Tian*
By:_______________________________
Pengxiang Tian, Esq.
2820 S Jones Blvd Unit 1
Las Vegas, Nevada 89146
Calvin@ptlawlv.com

-and-

Ryan Alexander, Esq.
**RYAN ALEXANDER, CHTD**
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Tel: (702) 868-3311 / Fax: (702) 822-1133

Attorneys for Plaintiff

Dated this 18th day of September, 2026.

**THORNDAL ARMSTRONG, PC**

By: _______________________________
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101

Attorney for Defendants

**Order**

Based on the parties' stipulation **[ECF No. 39]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

Respectfully Submitted by
**THORNDAL ARMSTRONG, PC**

_______________________________
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101

Attorneys for Defendants

_______________________________
U.S. District Judge Jennifer A. Dorsey
Dated: September 18, 2026